DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Attorney for Defendant, CHARLES HORKY

UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA
* * * * *

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES HORKY,

    Defendant.

CASE NO. 2:12-cr-00440-RCJ-GWF

UNOPPOSED MOTION TO TRAVEL AND [PROPOSED ORDER]

Comes now, Defendant Charles Horky, by and through his counsel of record, Richard A. Schonfeld, Esq., of the law firm of Chesnoff & Schonfeld, and hereby moves this Court for permission to travel from Las Vegas, Nevada to San Antonio, Texas on March 7, 2013 and returning on March 12, 2013. Defendant will be attending a roping event.

Counsel for Mr. Horky has discussed this request with Assistant United States Attorney Tim Vasquez, who has no opposition to it.

DATED this 14th day of February, 2013.

Respectfully submitted:

RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Attorney for Defendant, Charles Horky

<u>**ORDER**</u>

This matter having come before the Court on the unopposed motion of Defendant Charles Horky, and good cause appearing, Defendant's Motion for Permission to Travel to San Antonio, Texas on March 7, 2013 and returning March 12, 2013 is **GRANTED.**

_____
HONORABLE GEORGE W. FOLEY
DATED: February 15, 2013

Respectfully submitted by:

**CHESNOFF & SCHONFELD**

**RICHARD A. SCHONFELD**